1

2
**FILED**

3
JUL 1 6 2012

4

5
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7

8
IN THE UNITED STATES DISTRICT COURT

9
FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
KENNETH CHARLES CHAPMAN,                )        No. C 12-2921 LHK (PR)
                                        )
12
            Plaintiff,                   )        ORDER GRANTING
                                        )        EXTENSION OF TIME TO FILE
13
      v.                                 )        COMPLAINT
                                        )
14
UNKNOWN                                  )
                                        )
15
            Defendant.                   )
_____)

16

17
     Plaintiff, a state prisoner, filed a letter which commenced this action.  (Docket No. 1.)

18
The letter was construed as an attempt to file a complaint under 42 U.S.C. § 1983.  The Clerk

19
notified Plaintiff that he had failed to submit a complaint.  (Docket No. 2.)  Plaintiff was further

20
advised that his failure to file a complaint within thirty days would result in the dismissal of this

21
action.  Plaintiff has filed a request for an extension of time of thirty (30) days to file a complaint.

22
Good cause having been shown, Plaintiff's request is **GRANTED**.  Plaintiff shall file a

23
complaint within thirty (30) days from the filing date of this order.

24
     IT IS SO ORDERED.

25

26
DATED: 7/16/12                          _Lucy H. Koh_
                                        LUCY H. KOH
27
                                        United States District Judge

28

Order Granting Ext. of Time to file Complaint
G:\PRO-SE\SJ.LHK\CR.12\Chapman921eot_compl.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KENNETH CHAPMAN,

                    Plaintiff,

     v.

// et al,

                    Defendant.

                                              /

Case Number: CV12-02921 LHK

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Charles Chapman AC-5884
Hign Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: July 16, 2012

                              Richard W. Wieking, Clerk
                              /s/ By: Elizabeth Garcia, Deputy Clerk